FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 31 2022

MITCHELL R. ELFERS
CLERK

AO 241
(Rev. 06/13)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: |
|---|---|
| Name (under which you were convicted): Fernando López | Docket or Case No.: 22cv815-KWR-GJF D-503-CR-2009-00264 |
| Place of Confinement: Santa Rosa. N.M. Guadalupe, County, Correctional, Facility | Prisoner No.: 73845 |
| Petitioner (include the name under which you were convicted): Fernando López | Respondent (authorized person having custody of petitioner): Julian Marquez, Warden |
| The Attorney General of the State of: Hector H. Balderas | |

v.

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Clerk of The District Court 102 N. Canal, Suite 240 Carlsbad, NM 88220

   (b) Criminal docket or case number (if you know): D-503-CR-200900264

2. (a) Date of the judgment of conviction (if you know):

   (b) Date of sentencing:

3. Length of sentence: Life in Prison

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case: 1st Degree Morder Only

6. (a) What was your plea? (Check one)

   ☑ (1) Not guilty ☐ (3) Nolo contendere (no contest)

   ☐ (2) Guilty ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? ______

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes ☐ No

8. Did you appeal from the judgment of conviction?

☐ Yes ☑ No

9. If you did appeal, answer the following:

(a) Name of court: ______

(b) Docket or case number (if you know): ______

(c) Result: ______

(d) Date of result (if you know): ______

(e) Citation to the case (if you know): ______

(f) Grounds raised: ______

(g) Did you seek further review by a higher state court? ☑ Yes ☐ No

If yes, answer the following:

(1) Name of court: United State District Court of New Mexico

(2) Docket or case number (if you know): CIV21-0856 JB/JFR

(3) Result: dismissing without Prejudice

(4) Date of result (if you know): January 26, 2022

(5) Citation to the case (if you know): ______

(6) Grounds raised: ______

(h) Did you file a petition for certiorari in the United States Supreme Court? ☑ Yes ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): ______

(2) Result: dismissed

(3) Date of result (if you know): ______

(4) Citation to the case (if you know): ______

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☐ Yes ☑ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No

(7) Result: ______

(8) Date of result (if you know): ______

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No

(7) Result: ______

(8) Date of result (if you know): ______

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☐ Yes ☐ No

(2) Second petition: ☐ Yes ☐ No

(3) Third petition: ☐ Yes ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

GROUND ONE: my interrogation was improper under the Threat of violence and threat to Kill me (video)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Detective. Lieutenant Burn's under violence threaten me in my interrogation to Kill me by one injection and without Lawyer. I never gave permission to be interviewed by Lieutenant Burn's but He was still interrogated. And in that interrogation I was threatened with death, Physical violence, and even Phsycologicly. this was recorded on vidio

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: because I have not opportunity to explain

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: ____________________

GROUND TWO: my extradition From Mexico was unlawful

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

my extradition was unlawful without right Procedural. Without authorization of Mexico authority I gave no authorization to my extradition. is no record of me even being Properly and legaly extradited From there. what I Consider and Feel is that I was not extradited by New Mexico From mexico but was in Fact Kidnapping by the authorities of New Mexico.

(b) If you did not exhaust your state remedies on Ground Two, explain why: I have not opportunity to explain

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: I have not opportunity to explain

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ____________________

Name and location of the court where the motion or petition was filed: ____________________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : ______

**GROUND THREE:** my Counsel was ineffective

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

He not come on my court day or Come late after appointed time. also He did not File an appeal For me after my trial I have not been able to contact him since my trial either.

In this Case was False imprisonment because after I was found guilty I was waiting to go to Sentencing and sigh the Sentencing Papers but was not allowed to.

(b) If you did not exhaust your state remedies on Ground Three, explain why: ____________________

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ❒ Yes ❒ No

(2) If you did not raise this issue in your direct appeal, explain why: ____________________

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❒ Yes ❒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ____________________

Name and location of the court where the motion or petition was filed: ____________________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

(3) Did you receive a hearing on your motion or petition? ❒ Yes ❒ No

(4) Did you appeal from the denial of your motion or petition? ❒ Yes ❒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ❒ Yes ❒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____________________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

GROUND FOUR: Law enForcement Detectives made False accusation and False evidence agains me.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

my interview was by David Gonzales and Adrian Rivera Lieutenant Burn's Came when interview Finish Burn's made his interview agains my will. without my Lawyer and without Interpreter or translator Engl̈ésh to Spanish He say to me I have no rigths For nothing. He is a liar he insert False information and Evidence his testimony was his opinion but not a truth or witness in my case

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed: ______________________

______________________________________________________________

Docket or case number (if you know): ______________________

Date of the court's decision: ______________________

Result (attach a copy of the court's opinion or order, if available): ______________________

______________________________________________________________

______________________________________________________________

(3) Did you receive a hearing on your motion or petition? ❒ Yes ❒ No

(4) Did you appeal from the denial of your motion or petition? ❒ Yes ❒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ❒ Yes ❒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________________

______________________________________________________________

Docket or case number (if you know): ______________________

Date of the court's decision: ______________________

Result (attach a copy of the court's opinion or order, if available): ______________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: ______________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: ______________________________

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

______________________________

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. ______________________________

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ______________________________

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: ______

(b) At arraignment and plea: ______

(c) At trial: ______

(d) At sentencing: ______

(e) On appeal: ______

(f) In any post-conviction proceeding: ______

(g) On appeal from any ruling against you in a post-conviction proceeding: ______

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ______

(b) Give the date the other sentence was imposed: ______

(c) Give the length of the other sentence: ______

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

______

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: ______________________

______________________________________________________________________

______________________________________________________________________

or any other relief to which petitioner may be entitled.

______________________________
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on ______________ (month, date, year).

Executed (signed) on ______________ (date).

Fernando López
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

Fil
Supreme Court of New Mexi
10/18/2022 10:32 A
Office of the Cle

# IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

**October 18, 2022**

**NO. S-1-SC-39569**

**FERNANDO LOPEZ,**

Petitioner,

v.

**JULIAN MARQUEZ, Warden,**

Respondent.

## ORDER

WHEREAS, this matter came on for consideration by the Court upon petition for writ of certiorari filed under Rule 12-501 NMRA, and the Court having considered the petition and being sufficiently advised, Justice Michael E. Vigil, Justice David K. Thomson, and Justice Julie J. Vargas concurring;

NOW, THEREFORE, IT IS ORDERED that the petition for writ of certiorari is DENIED.

IT IS SO ORDERED.

WITNESS, the Honorable C. Shannon Bacon, Chief Justice of the Supreme Court of the State of New Mexico, and the seal of said Court this 18th day of October, 2022.

Elizabeth A. Garcia, Clerk of Court
Supreme Court of New Mexico

I CERTIFY AND ATTEST:
A true copy was served on all parties or their counsel of record on date filed.
Zelda Abeita
Clerk of the Supreme Court
of the State of New Mexico

By Zelda Abeita
Deputy Clerk

STATE OF NEW MEXICO
COUNTY OF EDDY
FIFTH JUDICIAL DISTRICT

EDDY CO. 5th DISTRICT COURT
FILED '22JUN8PM3:11
COPY

*STATE OF NEW MEXICO,*

Plaintiff,

vs. Cause No. **D-503-CR-2009-00264**

FERNANDO LOPEZ,

Defendant.

## CLERK'S CERTIFICATE OF MAILING

COMES NOW, the Clerk of the Fifth Judicial District Court and hereby certifies that the attached **Petition for Writ of Habeas Corpus** received in this court on **June 7, 2022**, was emailed to the listed parties on the **8th** day of **June, 2022**.

**Attorney General's Office - Habeas Division**
**P.O. Box 1508**
**Santa Fe, NM 87504-1508**

**Public Defender Department**
**Post Conviction/Habeas Unit**
**301 N. Guadalupe St. Suite 101**
**Santa Fe, NM 87501**

**District Attorney of Eddy County (placed in box)**

**Defendant**

MARTHA HUEREQUE
Court Clerk

By: Melinda McQ[illegible]
Deputy Clerk

EDDY CO. 5th DISTRICT COURT
FILED '22 JUN 7 AM 8:13
COPY

STATE OF NEW MEXICO
COUNTY OF Eddy
FIRST JUDICIAL DISTRICT COURT

Fernando Lopez
Petitioner,

v. No. D-503-CR-200900264

State of New Mexico
Respondent.

**MOTION FOR APPOINTMENT OF ATTORNEY**

COMES NOW Fernando López, and moves this Court for an order allowing the appointment of an attorney. As grounds for this motion, movant states that because of indigency, I cannot afford to pay for an attorney to represent me. I have attached the affidavits required by the Administrative Order No. 2004-4.

Fernando López
Signature of Applicant

STATE OF NEW MEXICO
COUNTY OF Eddy
FIRST JUDICIAL DISTRICT COURT

COPY
EDDY CO, 5th DISTRICT COURT
FILED '22JUN7AM8:13

Fernando López
Petitioner,

v.

No. D-503-CR-200900264

State of New Mexico
Respondent.

**AFFIDAVIT OF INDIGENCY**

STATE OF NEW MEXICO )
) ss.
COUNTY OF Guadalupe )

I, Fernando López, make under oath the following statements regarding my financial, marital and employment status, and since I am unable to pay for an attorney to represent me in the above-captioned case, make application to proceed in accordance with Administrative Order No. 2004-4.

**BACKGROUND AND RESIDENCE**

1. Full name: Fernando López 2. Age: 49
3. Present address: 1039 Agua Negro Rd. P.O. BOX-520 Santa Rosa. NM-88435
4. How many years at this address? 11 5. Telephone No. N/A
6. Marital Status: Married [ ] Single [ ] Divorced [ ] Separated [✓]

| | | Children | Adult |
|---|---|---|---|
| 7. | Number of dependents (including yourself): | N/A N/A | N/A |

8. Ages of minor children living with you: N/A

9. List name and relationship of adult dependents whom you support:

| Name: | Relationship: |
|---|---|
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |

**EMPLOYMENT AND INCOME:**

1 Employed [✓] Not Employed [ ] Self-employed [ ]

2. Name and address of employer:

Guadalupe County Correctional Facility

3. Position: Ministry Mentor

4. Gross salary per month: $ 160.00

5. If self-employed, nature of business: N/A

OTHER INCOME:

In addition to wages and salary, I receive the following income:

| | | |
|---|---|---|
| A. | Social Security / Disability | $ N/A |
| B. | Welfare | $ N/A |
| C. | Unemployment | $ N/A |
| D. | Food Stamps | $ N/A |
| E. | AFDC | $ N/A |
| F. | VA | $ N/A |
| G. | Child Support | $ N/A |
| H. | Alimony | $ N/A |
| I. | Investments | $ N/A |
| | **Total:** | $ 0 |

ASSETS

1. Do you own any real estate? Yes [ ] No [✓]

A. Description: N/A

B. Location: N/A

C. Estimated present value $ N/A

D. Estimated outstanding mortgages or contracts on property: $ N/A

E. Payments per month: $ N/A

2. Do you own any automobiles? Yes [ ] No [✓]

A. Make/Model N/A Year N/A

N/A N/A

B. Present Value $ N/A Total Amount Owed $ N/A

$ N/A $ N/A

C. Monthly payments $ N/A

$ N/A

3. Do you have any stocks or bonds? Yes [ ] No [✓]

A. Description N/A

B. Present Value $ N/A

4. Do you have cash in the bank? Yes [ ] No [✓]

A. If so, indicate amount $ N/A

5. Do you have any other assets not listed above excluding household furnishings and clothing? Yes [ ] No [✓]

A. If so, describe and give value N/A

N/A Value: $ 0

**DEBTS AND OTHER OBLIGATIONS:**

1. The following are my current obligations:

A. House payment / rent per month $ N/A

B. Utilities per month $ N/A

C. Telephone per month $ N/A

D. Groceries $ N/A

E. Gasoline $ N/A

| | | |
|---|---|---|
| F. | Insurance | $ N/A |
| G. | Medical Bills | $ N/A |
| H. | Child Care | $ N/A |
| I. | Other | $ N/A |
| J. | Other | $ N/A |
| | **Total:** | $ 0 |

Fernando Lopez
SIGNATURE OF APPLICANT

SUBSCRIBED AND SWORN TO before me by Lopez, Fernando this 26th day of May, 2022.

[signature]
NOTARY PUBLIC

My Commission Expires:
March 3, 2023

Fernando López
#73845-HIB-108
P.O. BOX-520
Santa Rosa-NM. 88435

Pete V. Domenici United State courthouse
333 Lomas Blvd NW
Suite 270
Albuquerque. NM. 87102-9843

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 31 2022
MITCHELL R. ELFERS
CLERK

LEGAL
MAIL

quadient
FIRST-CLASS MAIL
IMI
$002.64
10/27/2022 ZIP 88435
043M31228026
US POSTAGE