IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FERNANDO LOPEZ,

    Petitioner,

v.                                                                                              No. 1:22-cv-00815-KWR-GJF

ATTORNEY GENERAL FOR THE
STATE OF NEW MEXICO, et al.,

    Respondents.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order (**Doc. 5**) filed **June 27, 2023**, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Fernando Lopez's 28 U.S.C. § 2254 Habeas Corpus Petition (**Doc. 1**) is **DISMISSED** with prejudice and a certificate of appealability is **DENIED** as set forth in the Memorandum Opinion and Order.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**